IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD P. BEARD, JR., | No. 4:21-CV-00680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ARIK HELMAN, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 31, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 6) is **GRANTED** in part and **DENIED** in part;

2. Judgment is entered in favor of Defendants as to Beard's request for statutory damages and attorneys' fees under the Copyright Act; and

3. Defendants' motion is **DENIED** in all other respects, without prejudice to their right to again seek summary judgment on those grounds after the completion of discovery.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge