IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD P. BEARD, JR., | No. 4:21-CV-00680 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ARIK HELMAN *et al.*, | |
| Defendants. | |

### ORDER

**MARCH 6, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment on the Issue of Settlement (Doc. 35) is **DENIED**.

2. Defendants' Motion for Summary Judgment on the Issue of Joint Authorship (Doc. 33) is **GRANTED** in part and **DENIED** in part;

    a. The motion is **GRANTED** as to any copyright infringement claims for Defendant's use of Plaintiff's design in their three-dimensional dragon boot buttons; and

    b. The motion is **DENIED** as to any copyright infringement claims for Defendants' use of Plaintiff's design in products displaying their simplified, two-dimensional design.

3.  A telephonic status conference call with counsel of record will be scheduled by separate Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge
